WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-17-08314-001-PCT-DJH |
| Plaintiff, | |
| v. | **AMENDED FINDINGS** |
| Tomacita Nez, | |
| Defendant. | |

A detention hearing was held in this matter on March 1, 2018. At the hearing, the Government asserted the presumption of detention pursuant to 18 U.S.C. §3142(e). Defendant objected asserting that none of the statutes charged are reflected in subsection (e). At the hearing, the Court found the presumption applied.

After the hearing, upon further review of 18 U.S.C. §3142(e), it is clear the Court was in error in finding the presumption applied. However, without considering the rebuttable presumption of detention, the Court still finds the defendant proves a flight risk and danger to the community based on the defendant's extensive criminal history, long standing history of substance and alcohol abuse, the recommendation of Pretrial Services, and the input from the victim's family.

//
//
//
//

Therefore, the order detaining defendant Tomacita Nez, as a flight risk and danger to the community is confirmed.

Dated this 2nd day of March, 2018.

Honorable Charles R. Pyle
United States Magistrate Judge